UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHRISTOPHER GORI,                                   :

                                                    :     ORDER
                        Plaintiff,

                                                    :     26 Civ. 3431 (RA) (GWG)

        -v.-
                                                    :

CONSOLIDATED EDISON

                                                    :

                        Defendant.                  :
----------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

        At the time it issued its Order of April 30, 2026, directing plaintiff to file a complaint, no complaint had been docketed.  Today, the Court was informed for the first time that plaintiff had in fact submitted a complaint to the Clerk's Office but, as of April 30, 2026, the Clerk's Office had not docketed it.

        Today, the Clerk docketed the complaint as part of Docket Entry # 1.

        Accordingly, the Court's Order of April 30, 2026 (Docket # 6) is vacated.

        SO ORDERED

Dated: May 4, 2026
        New York, New York


                                            _____
                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge