UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CHRISTOPHER GORI, :

Petitioner, : ORDER

-v.- : 26 Civ. 3431 (RA) (GWG)

CONSOLIDATED EDISON :

Respondent. :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

Pending before the Court is respondent Consolidated Edison's motion to dismiss petitioner Christopher Gori's petition to vacate. In its moving papers, Con Ed has raised a number of arguments as to why the petition to vacate should be dismissed. See Memorandum of Law in Support, filed Sept. 11, 2026 (Docket # 22); Reply Memorandum of Law, filed Oct. 23, 2026 (Docket # 37). Petitioner's opposition to Con Ed's motion relies on a number of factual allegations that do not appear in the petition. See Petitioner's Memorandum of Law in Opposition, filed Oct. 5, 2026 (Docket # 33). In addition, petitioner has just filed a "statement regarding potential collective bargaining and agreement violations" that contains numerous factual allegations not contained in the petition. See Statement, filed Oct. 26, 2026 (Docket # 39). The problem with these filings is that a court will generally only consider factual allegations that are contained in a petition or complaint; it will not consider allegations made in filings that respond to a motion to dismiss.

Given petitioner's obvious interest in amending his petition and in light of his pro se status, the Court will grant petitioner leave to file an amended petition to vacate. Petitioner is warned that this amended petition will completely replace all of his prior submissions, including his latest "statement." Thus, all factual statements and allegations that petitioner wishes to make must be contained within the amended petition. Similarly, any exhibits he wishes to attach must be attached to the amended petition.

Petitioner's amended petition shall be filed on or before November 13, 2026. Con Ed shall respond within 21 days of the filing. If Con Ed seeks to move to dismiss once again, the Court's pre-motion conference is waived.

The Court notes that the Pro Se Intake Unit at the United States Courthouse, 500 Pearl Street, Room 205, New York, New York (212) 805-0175) may be of assistance to the plaintiff in connection with court procedures. Also, plaintiff may wish to seek free legal assistance from the Courthouse's Legal Assistance clinic by accessing the request-for-help form at: https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ or by calling (212) 382-4794

SO ORDERED

Dated: October 27, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge